IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-30006-01 |
|---|---|---|
| VERSUS | * | JUDGE JAMES |
| KATRINA Q. MACIAS | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, rendered orally in open court, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, **KATRINA Q. MACIAS**, and adjudges her guilty of the offense charged in Count One of the indictment against her.

MONROE, LOUISIANA, this 3rd day of November, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE